**Case No. 25-3811**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**UNITED STATES OF AMERICA**
Plaintiff-Appellee

v.

**DARIAS JACKSON**
Defendant-Appellant

*On Appeal from the United States District Court
for the Southern District of Ohio*

**MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

TYLER M. CAVINESS
LAW OFFICE OF TYLER M. CAVINESS
625 Market Street, Suite 1000
Knoxville, Tennessee 37902
(865) 936-9499
tyler@cavinesslawfirm.com
*Counsel for Darias Jackson*

<u>**SECOND MOTION FOR EXTENSION OF TIME**</u>
<u>**TO FILE APPELLANT'S BRIEF**</u>

The appellant, Darias Jackson, by and through counsel and pursuant to Fed. R. App. P. 26(b) and 6 Cir. R. 26, respectfully moves this Honorable Court for an extension of time to file the appellant's principal brief. Mr. Jackson's brief is due to be filed electronically by March 27, 2026. Mr. Jackson requests a ten-day extension to April 6, 2026 for the filing of his brief.

In support of this motion, the appellant submits the following:

1.     Counsel was appointed to represent Mr. Jackson on November 25, 2025. *Briefing Letter*, Doc. 7. The transcripts in Mr. Jackson's case were filed by January 15, 2026, and the original briefing schedule set a filing deadline of February 25, 2026. *Briefing Letter*, Doc. 20. This Court granted a 30-day extension of the filing deadline based on counsel's difficulties with contacting Mr. Jackson in custody. *Ruling Letter*, Doc. 22.

2.     Counsel has been able to establish communication with Mr. Jackson, and we have discussed the issues related to his appeal. However, due to personal and professional obligations within the last 30 days, counsel has been unable to complete the appellant's brief on the current briefing schedule. Specifically, counsel has had three weeks that required two or more days of traveling (two weeks were professional travel, one week for a half-week spring break family trip), and that has reduced the amount of time available to complete the appellant's brief.

3. Undersigned counsel has corresponded with the attorney for the United States and the Government has no objection to this motion.

4. For these reasons, Mr. Jackson respectfully moves the Court to extend the current briefing schedule by ten days.

Respectfully submitted,

/s/ Tyler M. Caviness
TYLER M. CAVINESS (TN BPR #036273)
LAW OFFICE OF TYLER M. CAVINESS
625 Market Street, Suite 1000
Knoxville, TN 37902
(865) 936-9499
tyler@cavinesslawfirm.com
*Counsel for Darias Jackson*

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. App. P. Rule 25(d), I hereby certify that a true and exact copy of the foregoing was forwarded, via the Court's electronic filing ("ECF") system, this 25th day of March, 2026, to:

Alexis Zouhary
Assistant United States Attorney
221 E. Fourth Street, Suite 400
Cincinnati, OH
(513) 684-3711
Alexis.Zouhary@usdoj.gov
*Counsel for the United States*

/s/ Tyler M. Caviness
TYLER M. CAVINESS